■ DIANE METZGER, Appellant, v NICK SCAGLIONE, INC., Respondent. [599 NYS2d 987] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Nassau County (O'Shaughnessy, J.), dated January 15, 1991, granting the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The plaintiff has failed to raise any triable issues of fact *(see,* CPLR 3212 [b]) which would defeat the defendant's motion. Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.